UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ELLIS KAPLAN,

                    Plaintiff,

    -against-

CUMULUS MEDIA INC.,

                  Defendant.

------------------------------------- x

ORDER

19 Civ. 4956 (GBD)

GEORGE B. DANIELS, United States District Judge:

In light of Plaintiff's letter dated July 26, 2019, (ECF No. 11), advising this Court that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action.

Dated: New York, New York
       February 20, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge